**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

JAMES MICHAEL BOLGER,
Personal Representative of the Estate of
JONATHAN J. BOLGER, deceased

    Plaintiff,

   v.        Case No.: 3:20-cv-03052-TLB

UNITED STATES OF AMERICA, and
DAVID SULLIVAN, individually,

    Defendants

## UNOPPOSED MOTION FOR CONTINUANCE

    Comes now, the United States of America and David Sullivan, by and through the United States Attorney for the Western District of Arkansas, and the undersigned Assistant United States Attorney, and for their Unopposed Motion for Continuance, states as follows:

    1. The above-referenced matter is scheduled for a five-day Jury Trial beginning on Monday, April 18, 2022. (Doc. 27).

    2. This Court also scheduled a "back-up" trial date which is set for the week of June 20, 2022 at 9:00 a.m. (Doc. 27).

    3. Ellen Paxton is a Special Agent with the National Park Service – Investigative Services Branch and is in the Atlantic Field Office ("S.A. Paxton).

    4. S.A. Paxton conducted the investigation of Ranger David Sullivan's use of deadly force against Jonathan Bolger.

    5. S.A. Paxton will be a key witness for the Defendants, and it is anticipated that her testimony will take an entire day, if not more.

    6. In addition, S.A. Paxton will have to travel via airplane in order to appear for the trial.

7. S.A. Paxton recently underwent back surgery, and she will not be recovered by April 18, 2022, to travel to Fayetteville, Arkansas or be on a witness stand for an entire day.

8. S.A. Paxton is confident that she will be sufficiently recovered to travel and testify for the June 20, 2022 trial setting.

9. S.A. Paxton was not deposed.

10. It is also noted that the Defendants believe this trial will take longer than five (5) days.

11. Plaintiff's counsel has no objection to this continuance.

12. Defendants respectfully requests that this matter be continued to the June 20, 2022 "back-up" trial setting.

13. This request is not for purposes of delay, but so that justice may be done.

WHEREFORE, Defendants, United States of America and David Sullivan, requests this matter be continued, and for all other just and proper relief to which it is entitled.

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

By:     */s/ Seth T. Creed*
        Seth T. Creed
        Assistant U.S. Attorney
        Bar No. 2010176
        414 Parker Avenue
        Fort Smith, AR   72901
        (479) 494-4080
        Seth.Creed@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I, Seth T. Creed, Assistant U.S. Attorney for the Western District of Arkansas, hereby certify that on the 14th day of March 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to CM/ECF participants.

*/s/  Seth T. Creed*
Seth T. Creed