IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

JAMES MICHAEL BOLGER,
Personal Representative of the Estate of
JONATHAN J. BOLGER, deceased

    Plaintiff,

  v.

UNITED STATES OF AMERICA, and
DAVID SULLIVAN, individually,

    Defendants

Case No.: 3:20-cv-03052-TLB

**OBJECTIONS TO PLAINTIFF'S PRETRIAL DISCLOSURES**

Comes now, the United States of America and David Sullivan, by and through the United States Attorney for the Western District of Arkansas, and the undersigned Assistant United States Attorney, and for their Objections to Plaintiff's Pretrial Disclosures, states:

1. **Objection to Plaintiff's Witness List**

None.

2. **Objections to Plaintiff's Exhibit List**

It is noted at the outset that several of the exhibits listed in both Parties' exhibit lists are subject to this Court's protective order and the use of the exhibits should be consistent with the protective order to avoid publication of NPS law enforcement techniques and other sensitive information. The United States' specific objections are set forth below. It is noted that the Plaintiff's exhibit and witness list are not in a form consistent with Local Rule 26.2, so objections will also not be in the proper format. Notwithstanding the referenced objections, the United States expressly reserves the right to object to any exhibit on grounds of relevance under Fed. R. Evid. 402 or 403 at the appropriate time. Fed. R. Civ. P. 26(a)(3).

1

1) "Sullivan employment file portions" –The United States reserves the right to object upon receipt of individually identified exhibits that the Plaintiff intends on introducing of Sullivan's employment file.
2) "Sullivan employee performance evaluation" – FRE 401/402
3) "Sullivan statement to NPS investigators/Paxton – 8/25/17" – FRE 802
4) "Cole NPS statement transcript" – FRE 802
5) "Melanie Ingram NPS statement transcript" – FRE 802

Respectfully submitted,

DAVID CLAY FOWLKES
UNITED STATES ATTORNEY

*/s/  Seth T. Creed*
Seth T. Creed
Assistant United States Attorney
Bar No. 2010176
414 Parker Avenue
Fort Smith, AR  72901
Telephone: (479) 783-5125
Fax: (479) 441-0569
Seth.Creed@usdoj.gov

CERTIFICATE OF SERVICE

I, Seth T. Creed, Assistant United States Attorney for the Western District of Arkansas, certify that on March 29, 2022, I electronically filed the foregoing with the Court using the CM/ECF system.

*/s/ Seth T. Creed*
Seth T. Creed